# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

133097

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DAVID HOLUBOWICZ,
       Plaintiff-Appellant,

v

JACKSON COUNTY,
       Defendant-Appellee.

SC: 133097
COA: 270992
Jackson CC: 05-004698-CD

_____/

      On order of the Court, the application for leave to appeal the December 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

Clerk

t0416